FILED
November 02, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ___DT___
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | **Case No: EP:22-CR-01778-KC** |
|---|---|---|
| Plaintiff, | § | **I N D I C T M E N T** |
| v. | § | **CT 1:** 8 U.S.C. § 1326(a) & (b)(1) – Illegal Re-Entry |
| EDGAR CIPRIANO CORTEZ-CORVO, | § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

### COUNT ONE
(8 U.S.C. § 1326(a) & (b)(1))

On or about October 8, 2022, in the Western District of Texas, Defendant,

**EDGAR CIPRIANO CORTEZ-CORVO,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL.

[signature redacted]

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: [signature]
Assistant U.S. Attorney