**FILED**
November 02, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     DT
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR CIPRIANO CORTEZ-CORVO,<br><br>Defendant. | §§§§§§§§§§§ **Case No: EP:22-CR-01778-KC** |

### NOTICE OF INTENT TO SEEK INCREASED STATUTORY PENALTY

The United States Attorney hereby notifies the Defendant that the Government will seek the increased penalties provided by Title 8, United States Code, Section 1326(a) and (b)(1).

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: _____ for
ANNA E. ARREOLA
Assistant U.S. Attorney
New York Registration #4151775
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884